

**ORDERED in the Southern District of Florida on May 13, 2019.**

*/s/ John K. Olson*

**John K. Olson, Judge**
**United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                                    Case No: 19-10293-JKO
                                                                                           Chapter 13

MERCEDES ALTAGRACIA KOCZARA
_____Debtor_____/

### ORDER SUSTAINING DEBTOR'S OBJECTION TO
### CLAIM #3-2 FILED BY 12200 W. COLONIAL DRIVE

**THIS MATTER** came before the Court on May 6, 2019 at 1:00 P.M., for hearing on Debtor's Objection to Claim #3-2 filed by 12200 W. Colonial Drive (DE #29; the "Objection"). The Court, having reviewed the Objection, heard argument of counsel, and for the reasons stated on record, finds that good cause exists to grant the Objection. It is therefore **ORDERED:**

1. The Objection to Claim #3-2 is **SUSTAINED**.

2. Claim #3-2 filed by 12200 W. Colonial Drive is stricken and the Claimant is

directed to file an Amended Proof of Claim using the correct form and listing the Creditor name instead of the address.

###

Submitted by:

Chad Van Horn, Esq.
Florida Bar No. 64500
**VAN HORN LAW GROUP, P.A.**
330 N Andrews Ave., Suite 450
Fort Lauderdale, FL 33301
Telephone: (954) 765-3166
Facsimile: (954) 756-7103
Email: Chad@cvhlawgroup.com

*Chad Van Horn, Esq. is hereby directed to provide a conformed copy of this Order to all parties-in-interest and to file a Certificate of Service as to same.*